# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SHERRIEA WILKERSON f/k/a SHERRIEA KING, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No: 1:22-cv-00676-JRS-MG |

## ORDER OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, Sherriea Wilkerson f/k/a Sherriea King, *on behalf of herself and all others similarly situated,* and having filed her Motion to Dismiss for Dismissal with Prejudice and the Court having examined said Motion and being duly and sufficiently advised in the premises, now finds that all matters at issue have been resolved and settled and that Defendant should be dismissed from this Action with prejudice.

IT IS HEREBY ORDERED, ADJUGED AND DECREEED that this cause of action is hereby dismissed with prejudice, without costs, disbursements, or attorneys' fees to either party.

Date: 8/3/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system